IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02122-AP

KIMBERLY MCKEACHIE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>kevin.traskos@usdoj.gov<br><br>BONNIE SIMS<br>Special Assistant United States Attorney<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Tele: (303) 844-7278<br>Fax: (303) 844-0770<br>bonnie.sims@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**   October 9, 2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**   October 24, 2007

    C.    **Date Answer and Administrative Record Were Filed:**   December 17, 2007.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:**   February 13, 2008

    B.    **Defendant's Response Brief Due:**  March 14, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due**: March 28, 2008.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of January, 2008.

BY THE COURT:

<u>S/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

>s/ Ann J. Atkinson
>Ann J. Atkinson, Attorney at Law
>7960 South Ireland Way
>Aurora, CO 80016-1904
>Tele: 303-680-1881
>Fax: 303-680-7891
>AtkinsonAJ@aol.com

For Defendant:

>TROY A. EID
>United States Attorney
>
>KEVIN TRASKOS
>Assistant United States Attorney
>kevin.traskos@usdoj.gov

By:  s/ Bonnie Sims
>Bonnie Sims
>Special Assistant United States Attorney
>Social Security Administration
>1961 Stout Street, Suite 1001A
>Denver, Colorado  80294
>Tele: (303) 844-7278
>Fax: (303) 844-0770
>bonnie.sims@ssa.gov