UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02122-MSK

KIMBERLY MCKEACHIE,

    Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412**

---

    THE COURT has before it the Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 **(#32)**. The Court **GRANTS** the motion, and

    **HEREBY ORDERS** that Defendant pay to the Plaintiff her attorney's fees under the EAJA in the amount of **$5,700**, payable to the Plaintiff through the office of her attorney, Ann J. Atkinson, Attorney at Law.

    DATED this 15th day of January, 2009.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge