IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02122-MSK

KIMBERLY A. MCKEACHIE,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## ORDER FOR ATTORNEY'S FEES UNDER 42 U.S.C. §404(b)

The Court, having reviewed the Plaintiff's Unopposed Motion for Attorney's Fees Under 42 U.S.C. §404(b) pursuant to Fed.R.Civ.P. 60(b)(6) **(#35)**, hereby **GRANTS** the motion and **ORDERS** as follows:

1. Defendant shall pay to Ann J. Atkinson, attorney for the Plaintiff, the sum of $12,583.13 from funds being withheld from the retroactive Social Security disability benefits awarded to the Plaintiff as a result of the remand order issued by this Court.

2. Upon payment of the fees above, the attorney for the Plaintiff shall refund to the Plaintiff the sum of $5,700, representing the award previously made by this Court for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d).

DATED this 23rd day of November, 2009.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge